No. 26,125.

E. M. BIRD, *Appellee,* v. THE YOUNG COAL COMPANY, *Appellant.*

Appeal from Crawford district court; DANIEL H. WOOLEY, judge. Opinion filed July 11, 1925. Affirmed.

*C. O. Pingry, P. E. Nulton* and *G. L. Stevenson,* all of Pittsburg, for the appellant.

*Phil H. Callery, J. E. Callery, Sylvan Bruner* and *Caroline A. Lowe,* all of Pittsburg, for the appellee.

The decision of the court was announced by

MASON, J.: In this case the defendant challenges the right of the plaintiff in the situation presented to successive reviews of an award under the workmen's compensation act. The questions involved have been determined against it in *Corvi v. Crowe Coal and Mining Company,* just decided (*ante,* p. 244). The judgment is affirmed.